IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

LORENC KUKA,
            Plaintiff,

v.

U.S. TRUCK & TRAILER SERVICE, INC.,
            Defendant.

CIVIL ACTION
No. 19-5837

## ORDER

**AND NOW**, this 30th day of June, 2020, upon review of Defendant's Motion to Dismiss (ECF No. 4), all supporting and opposing papers, and after oral argument, it is hereby **ORDERED** as follows:

1. Defendant's Motion is **GRANTED**;

2. The Complaint is **DISMISSED** for lack of subject matter jurisdiction (*See* FED. R. CIV. P. 12(b)(1)); and

3. The Clerk of Court shall mark this matter as **TERMINATED**.

                              **BY THE COURT:**

                              /s/ Jeffrey L. Schmehl
                              Jeffrey L. Schmehl, J.